PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** John Cardenas  **Docket Number:** 06-00955-002
 **PACTS Number:** 47433

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 12/15/2008

**Original Offense:** Conspiracy to Possess With Intent To Distribute narcotics

**Original Sentence:** 60 months imprisonment; 4 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/29/11

**Assistant U.S. Attorney:** Andrew Carey, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be determined

---

## PETITIONING THE COURT

[ X ]  To issue a warrant
[   ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'
|   | The offender was arrested on June 10, 2012, by the Harrison police, and charged with three counts of aggravated assault, and two counts of endangering the welfare of a child. He is currently lodged in the Hudson County Correctional Facility, Kearny, New Jersey. A bail of $150,000 with an option to post 10% was set.
|   | According to investigative reports, the Harrison police were dispatched to the offender's residence (413 Central Avenue, Harrison) at approximately 8:30 p.m. on a domestic assault. Upon their arrival, they met with the offender's girlfriend, Aleida Guevara, who advised officers that the offender slapped his 11-year-old daughter in the face approximately 3 to 5 times. In the midst of Guevara's 16-year-old son attempting to stop Cardenas from further assaulting his daughter, |

Cardenas punched his son in the ear a few times with a closed fist. At that point, Guevara was attempting to stop Cardenas from assaulting her son and was slapped, choked, and bit on her wrist by Cardenas. Guevara was able to get her son out of the apartment to the first floor apartment, where he called the police. She then returned to the apartment in an attempt to get her daughters; however, the offender and the elder daughter were locked in the bathroom. Guevara heard him slapping the child and cursing at her. When the police arrived, Cardenas left with the daughter, resulting in an Amber alert.

It should be noted that Cardenas and Guevara have a 3-month old infant together; she was allegedly scratched on her arm during this altercation.

The offender subsequently surrendered himself a few hours later and was arrested.

A temporary restraining order was issued, and DYFS was called to the scene. A June 20, 2012, hearing for a permanent restraining order was also scheduled.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 6/11/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date